UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOU HANG SAEPHAN (prisoner # G-11599),

    Petitioner,

v.

J. SCHOMIG, warden; EDMUND G. BROWN, JR., Attorney General of the State of California,

    Respondents.

No. C 09-4658 SI (pr)

**ORDER EXTENDING DEADLINES**

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Christopher Wei, the court GRANTS respondent's request. (Docket # 9.) Respondent must file and serve his response to the petition no later than **July 15, 2011**. Petitioner must file and serve his traverse no later than **August 26, 2011.**

    IT IS SO ORDERED.

DATED: May 5, 2011

                              SUSAN ILLSTON
                              United States District Judge