UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOU HANG SAEPHAN, | No. C 09-4658 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. SCHOMIG, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED**.

DATED: November 21, 2011

SUSAN ILLSTON
United States District Judge