UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOU HANG SAEPHAN,<br><br>        Petitioner,<br><br>    v.<br><br>J. SCHOMIG, Warden,<br><br>        Respondent. | No. C 09-4658 SI (PR)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED**.

DATED: November 21, 2011

_____
SUSAN ILLSTON
United States District Judge